JOHN S. KEDROVSKY, Individually, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.